LENA EAGAN, Respondent, *v.* GREAT ATLANTIC & PACIFIC TEA COMPANY, Appellant.

HUGH A. EAGAN, Respondent, *v.* GREAT ATLANTIC & PACIFIC TEA COMPANY, Appellant.

Argued March 17, 1938; decided April 12, 1938.

*Caruthers Ewing* and *William H. Montgomery* for appellant.

*Leonard J. Supple* for respondent.

In each action: Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.